NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>  vs.<br><br>RICHARD WEST, et al.,<br><br>    Defendants. | No. C 09-02799 JF (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br><br><br><br><br>(Docket No. 2) |

On June 24, 2009, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2009, the clerk of the Court sent a notification to Plaintiff that his complaint was deficient because Plaintiff failed to submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 2.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. The deadline has since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford02799_dism-ifpdef.wpd

1   The Clerk shall terminate any pending motions and close the file.
2   IT IS SO ORDERED.
3
4   DATED: 10/2/09
5   JEREMY FOGEL
    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford02799_dism-ifpdef.wpd       2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY L ALFORD,

        Plaintiff,

v.

RICHARD WEST, et al.,

        Defendants.

Case Number: CV09-02799 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/7/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539

Dated: 107/09

                                              Richard W. Wieking, Clerk